FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-2972
_____

WAYNE F. BRASBY,

   Appellant,

   v.

FLORIDA DEPARTMENT OF
CORRECTIONS, STATE OF
FLORIDA et al.,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

August 7, 2024

PER CURIAM.

AFFIRMED. *See Baker v. State,* 878 So. 2d 1236, 1245 (Fla. 2004) ("The remedy of habeas corpus is not available in Florida to obtain the kind of collateral postconviction relief available by motion in the sentencing court pursuant to rule 3.850.").

Appellant is warned that any future filings that this court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this court and a referral to the appropriate institution for disciplinary procedures as provided in section 944.279, Florida Statutes (2023) (providing that "[a] prisoner who is found by a

court to have brought a frivolous or malicious suit, action, claim, proceeding, or appeal" is subject to disciplinary procedures pursuant to the rules of the Department of Corrections).

ROBERTS, RAY, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Wayne F. Brasby, pro se, Appellant.

No appearance for Appellees.